Pg 1 of 8

In the Federal Courts of the United States of America

June 27, 2022

Case #: TBA

22-3144-SAC

Todd James Lewis - Petitioner
V.
① Johnson County Adult Detention Center - AKA: J.C.A.D.C.
② Johnson County Sheriffs Department
③ County of Johnson in Kansas
④ Sheriff Officer Kite #2166
⑤ Sheriff Officer Acker #Unknown
- Above Defendents

    Todd James Lewis, Petitioner, is Requesting the United States Federal Court accept this case Pro-Se and in conjunction with any assigned or retained attorney that may be added at any such time.
    The Petitioner request the court accept this filing absent of any fees or charges as the Petitioner is presently indigent and claims indigent status. If other forms are required please assign a case number and return forms.

The Petitioner also request the court assist in delivery and notification of documents and service of defendents since the Petitioner is currently detained by the defendent and said detendents refuse to assist the Petitioner exercise his right to legal process while he is detained.

The Petitioner is currently a detainee of the Johnson County Sheriff's Office and detained at the Johnson County Adult Detention Center located at 27745 W. 159th St. New Century, KS.

It's important to understand and establish that the Petitioner is a Detainee with all of his Rights in tact and has not surrendered any part of any rights afforded him by the U.S. Constitution. He is not currently guilty of any legal offense or crime but rather only accussed of an offense where he's is currently presumed innocent

of any pending offense or charge. Simply put, he is innocent presumably and as so retains fully all of his rights as a U.S. Citizen.

The Petitioner is not an inmate or incarcerated individual and must not be addressed as such or treated as such since doing so is a direct violation of his Civil Rights as stated in the U.S. Constitution. Understanding the difference between an incarcerated person and a detained person is at the heart of this matter and the defendents continue to error in their understanding and treatment of the destinctly different class of individuals.

The Petitioner, a detainee, attempted to excersise his First Amendment Right of Freedom of Speech on June 19, 2022 @ approximately 09:17 am in Module 10C at the Johnson County Adult Detention Center. The details of the events of that day will be provide during discovery but they bear no importance as to the claim of a Rights Violation that occurred on that

date at that time when the Jails Staff, Officer Kite, demanded the ~~defendant~~ Petitioner stop talking ~~and~~ but continued to talk over the Petitioner. ~~[scratched out]~~ This simple demonstration as documented by the Jail Staff its self clearly shows that the Jail Staff and the Petitioner are viewed as and thus treated as two seperate classes of individuals. One is the Jail Staff that is allowed to retain their First Amendment Right of Freedom of Speech and thus allowed in their belief to continue to excersise the Rights. The second class is the Petitioner, a detainee with all Rights, whom is not allowed to excersise their Right of Freedom of Speech and then ~~the~~ 1th 1st Class forces the second class to stop talking by means of force and then further by not just punishment, but what by most individuals would be concidered extreme and very excesive.

The Petitioner was singled out and given a "10 Day Lock-Down" where they must serve at least 23 hours a day in their

cell. In this instance their cell was an 8 man cell where 7 individuals where let out for Recreation, showers, phone and email to communicate with family and their attorney. The Petitioner was required to remain in the cell and on everyday each Module Officer was allowed to determine when and if 1 hour of recreation was given.

Its of limited concern when, how and what the punishment was. It is of importance to clearly understand that a punishment was given and the purpose of the punishment was to force the Petitioner to submit to Defendents and cease the ability and use of their First Amendment Rights.

It must also be understood that the defendents utilized their First Amendment Right of Freedom of Speech to eliminate the Petitioners First Amendment Right of Freedom of Speech. One cannot have it both ways as the defendent has and continues to attempt to force on the Plain Petitioner. Either both parties have the same Rights or Both parties mutually agree to suspend

the same right at the same time for the same length of time which did not happen.

The defendents incorrectly state that they may produce a "List of Rules" to follow that reduce or eliminate the Rights of any individual that is detained. The Supreme Court of the United States has repeatedly refused to allow any "Law" of the Citizens of the United States placed upon the Citizens of the United States can not and must not infringe, comprimise, reduce or eliminate the Rights of any U.S. Citizen. The Supreme Court has also clearly stated that a citizen of the United States can not and must not be punished for excersizing any of their Rights. Punishing a citizen for excercising their Right or Rights is a crime and punishable under the Laws of the United States of America.

The U.S. Supreme Court has also stated that an individual whom has

had their rights violated is eligible for punitive damages and the U.S. Supreme Court has found and sustained that in cases where an individual has been punished for exercising their rights is able to recover from the defendent any amount of punitive damages and no amount is concidered excessive in Rights Violation Cases.

The Petitioner is Seeking damages in the amount of $10,000,000°° Ten Million Dollars. The Petitioner is also seeking that the Sheriff's Officers involved in the incident be terminated and all supervisors be retrained or terminated.

Thank you to the court for its prompt attention to this matter and Scheduling it before the court. Please be aware that the Rights Violations may still be occurring and very likely will continue without prompt intervention by

the courts.

The Petitioner is presently in custody but expects to be release as to be able to proceed with this lawsuit.

Federal Court Clerk - Please file and return copy

Todd J. Lewis
167455 10C2-1
J.C.A.D.C.
101 N. Kansas Ave
Olathe, KS 66061
and
Todd J. Lewis
3107 N. 27th St.
Kansas City, KS 66104